UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| **ALTON RAY**<br>**DOC # 599637** | **CIVIL ACTION NO. 2:17-CV-747** |
| | **SECTION P** |
| **VERSUS** | |
| | **UNASSIGNED DISTRICT JUDGE** |
| **LOUISIANA DEP'T OF PUBLIC SAFETY**<br>**& CORRECTIONS** | **MAGISTRATE JUDGE KAY** |

**JUDGMENT**

For the reasons stated in the Report and Recommendation [Doc. No. 13] of the Magistrate Judge previously filed herein, determining that the findings are correct under applicable law, an noting the absence of objections to the Report and Recommendation in the record,

IT IS ORDERED, ADJUDGED AND DECREED that the Louisiana Department of Public Safety and Corrections is dismissed as a party from this action and that W.S. McCain, warden of Raymond Laborde Correctional Center is substituted as the proper respondent.

MONROE, LOUISIANA, this 23rd day of January, 2018.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE