RECEIVED
JUL - 5 2018
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| ALTON RAY | : | DOCKET NO. 2:17-cv-0747 |
| D.O.C. # 599637 | | SECTION P |
| VERSUS | : | UNASSIGNED DISTRICT JUDGE |
| W.S. McCAIN | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law; it is

**IT IS ORDERED** that the petition for writ of habeas corpus be **DENIED** and **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** in Chambers this ___ day of July, 2018.

JUDGE DEE D. DRELL
UNITED STATES DISTRICT JUDGE